1

2

3

4

5

6                              **IN THE UNITED STATES DISTRICT COURT**

7                                  **FOR THE DISTRICT OF ARIZONA**

8

9    Saul Armando Palomino-Cruz,                    No. CV-15-01851-PHX-DLR

10                  Petitioner,                      **ORDER**

11   v.

12   Kathy Tracy,

13                  Respondent.

14

15

16          Before the Court are Petitioner Saul Armando Palomino-Cruz's Petition for Writ

17   of Habeas Corpus and United States Magistrate Judge Michelle H. Burns' Report and

18   Recommendation ("R&R").  (Docs. 1, 16.)  The R&R recommends that the Court deny

19   the Petition.  (Doc. 16 at 5.)  The Magistrate Judge advised the parties that they had

20   fourteen days to file objections to the R&R and that failure to file timely objections could

21   be considered a waiver of the right to obtain review of the R&R.  (*Id.* (citing Fed. R. Civ.

22   P. 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).  Petitioner did

23   not file objections, which relieves the Court of its obligation to review the R&R.  *See*

24   *Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section

25   636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of

26   an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any

27   part of the magistrate judge's disposition that has been properly objected to.").  The Court

28   has nonetheless reviewed the R&R and finds that it is well-taken.  The Court will accept

the R&R and deny the Petition.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED** that Magistrate Judge Burns' R&R, (Doc. 16), is **ACCEPTED**. Petitioner's Petition for Writ of Habeas Corpus, (Doc. 1), is **DENIED** and **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are **DENIED** because Petitioner has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall terminate this case.

Dated this 6th day of May, 2016.

Douglas L. Rayes
United States District Judge